UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:

937 Second Ave Corp.,                                    Chapter 11
                                                         Case No. 22-11467 (MEW)

                                Debtor.
------------------------------------------------------------------------X

## ORDER DISMISSING CASE

Upon the application of 937 Second Ave Corp., debtor and debtor-in-possession ("Debtor"), for an order dismissing its Chapter 11 case, and the motion having been served on all creditors and parties in interest and no one having objected to the motion, it is

ORDERED, pursuant to 11 U.S.C. §1112(b)(1), the Debtor's Chapter 11 case, case number 22-11467 (MEW), is dismissed; and it is further

ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. §1930 and any applicable interest pursuant to 31 U.S.C. §3717 within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period; and it is further

ORDERED, that the Debtor's motion for authority to retain Nathan Ferst, Esq., as special litigation counsel is dismissed as moot.

Dated: New York, New York
      April 26, 2023                          **s/Michael E. Wiles**
                                                     United States Bankruptcy Judge