# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: 937 Second Ave Corp.                    CASE NO.: 22–11467–mew

 dba   Barnacho

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER:  11
85–2330696

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Michael E. Wiles in this Chapter 11 case.

937 Second Ave Corp. was dismissed from the case on April 26, 2023 .

Dated: April 26, 2023                          Vito Genna
                                               Clerk of the Court